IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
San Antonio DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This **form must** be **filed with** the Clerk's Office no **later than** the **first business day following** the **filing** of the Notice of Removal. Additional sheets may be used as necessary.

The **attorney** of record for the **removing party MUST** sign **this form.**

**STATE COURT INFORMATION**:

1.   Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Southwest Research Institute, Plaintiff v. California Fueling, Defendant, Cause No. 2020CI13160, In the District Court of Bexar County, Texas, 57th Judicial District

2.   Was jury demand made in State Court?    ☒ Yes    ☐ No

If yes, by which party and on what date?

Southwest Research Institute                July 20, 2020
Party Name                                  Date

**STATE COURT INFORMATION**:

1.   List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

(See Attached)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

N/A

**VERIFICATION**:

| | |
|---|---|
| /s/Peter D. Kennedy | August 20, 2020 |
| Attorney for Removing Party | Date |

California Fueling, LLC

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

Southwest Research Institute, Plaintiff
Michael W. O'Donnell
Aimee Vidaurri
NORTON ROSE FULBRIGHT US LLP
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Fax: (210) 270-7205

California Fueling, LLC, Defendant
Peter D. Kennedy
Guillermo A. Alarcon
GRAVES DOUGHERTY HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701
Telephone: (512) 480-5764
Fax: (512) 536-9908

Andrew V. Jablon
ajablon@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: (310) 277-8300
Fax: (310) 788-6624